IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOESHA HUFF,                     Case No.: 1:12-CV-587

      Plaintiff,                    Judge Timothy S. Black

vs.

WELLPOINT, INC., *et al.,*

      Defendants.

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Stephanie K. Bowman that this case has successfully mediated and settled in the Court's presence;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 6/11/13

                                                          Timothy S. Black
                                                          United States District Judge